# CASE ANNOUNCEMENTS

*June 3, 2014*

[Cite as *06/03/2014 Case Announcements*, 2014-Ohio-2349.]

## MOTION AND PROCEDURAL RULINGS

**2008–2370. State v. Neyland.**
Wood C.P. No. 2007CR0359. This cause came on for further consideration upon the filing of appellant's motion for stay of the execution scheduled for October 19, 2016.

Upon consideration thereof, it is ordered by the court that the motion is granted. It is further ordered that this stay shall remain in effect until exhaustion of all state postconviction proceedings, including any appeals.